IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURLEY JOHN BROUSSARD, JR., | ) | No. C 13-2717 LHK (PR) |
| Plaintiff, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| JEFFREY BEARD, et al., | ) | |
| Defendants. | ) | |

On June 13, 2013, Plaintiff, proceeding *pro se*, filed a letter which initiated this action. In response, on that same day, the Clerk notified Plaintiff that he had not paid the filing fee, nor had he filed an application to proceed in forma pauperis ("IFP"). Along with the deficiency notice, Plaintiff was provided with an IFP application and instructions for completing it. Plaintiff was further cautioned that his failure to file a completed IFP application, or pay the filing fee within thirty days would result in the dismissal of this action. To date, Plaintiff has not paid his filing fee, nor has he filed a completed IFP application.

Accordingly, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

IT IS SO ORDERED.

DATED: 7/25/13

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\LHK\CR.13\Broussard717disifp.wpd