IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURLEY JOHN BROUSSARD, JR., | ) | No. C 13-2717 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| JEFFREY BEARD, et al., | ) | |
| Defendants. | ) | |

    The Court has dismissed the instant action. A judgment of dismissal with prejudice is entered. The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 7/26/13

_____
LUCY H. KOH
United States District Judge

G:\PRO-SE\LHK\CR.13\Broussard717jud.wpd