IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CURLEY JOHN BROUSSARD, JR., | ) | No. C 13-2717 LHK (PR) |
| Plaintiff, | ) | ORDER GRANTING MOTION FOR RECONSIDERATION; ORDER TO RE-OPEN; ORDER OF TRANSFER |
| v. | ) | |
| JEFFREY BEARD, et al., | ) | |
| Defendants. | ) | |

On June 13, 2013, plaintiff, a California state prisoner proceeding *pro se*, filed a letter, which initiated this action and was construed as a civil rights complaint pursuant to 42 U.S.C. § 1983. That same day, the court notified plaintiff that he was required to file a complaint as well as the filing fee or a completed application for leave to proceed in forma pauperis ("IFP"). On July 12, 2013, plaintiff filed a complaint. On July 26, 2013, having received no filing fee or application to proceed IFP, the court dismissed this action without prejudice.

On August 7, 2013, plaintiff filed a motion for leave to proceed IFP. On August 12, 2013, plaintiff filed a motion for reconsideration of the court's order of dismissal. Although the motion for reconsideration is difficult to understand, plaintiff ultimately – albeit untimely – filed a complete motion for leave to proceed IFP. Thus, the court GRANTS plaintiff's motion for reconsideration and RE-OPENS this action.

However, a review of plaintiff's complaint reveals that at least one of the acts of which plaintiff complains occurred at Corcoran State Prison, and one of the named defendants is

1  employed at Corcoran State Prison.[1]  Corcoran State Prison is located in the Eastern District of
2  California.  Therefore, venue properly lies in the Eastern District.  *See* 28 U.S.C. § 1391(b).
3  Accordingly, this case is TRANSFERRED to the United States District Court for the Eastern
4  District of California.  *See* 28 U.S.C. § 1406(a).  The Clerk shall terminate all pending motions
5  and transfer the entire file to the Eastern District of California.

    IT IS SO ORDERED.

DATED: 9/25/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] Plaintiff also names as defendants federal magistrate and district court judges from the Eastern District of California and the Central District of California.

Order Granting Motion for Reconsideration; Order to Re-Open; Order of Transfer
G:\PRO-SE\LHK\CR.13\Broussard717reotrans.wpd  2