UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CURLY JOHN BROUSSARD, JR., <br><br> Plaintiff, <br><br> vs. <br><br> JEFFREY BEARD, et al., <br><br> Defendants. | 1:13-cv-01569-LJO-GSA-PC <br><br> ORDER DENYING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT <br> (Doc. 25.) |

Curly John Broussard, Jr. ("Plaintiff") is a state prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

On January 6, 2014, Plaintiff filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 25.) In light of the fact that this case was dismissed and closed on December 29, 2013, Plaintiff's application is moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis, filed on January 6, 2014, is DENIED as moot.

IT IS SO ORDERED.

   Dated:   **January 8, 2014**             **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE